# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**LUIZ A. LOPEZ**
**SEAMAN (E-3), U.S. NAVY**

**NMCCA 201400013**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 30 September 2013.
**Military Judge:** CDR Lewis T. Booker, Jr., JAGC, USN.
**Convening Authority:** Commanding Officer, USS RODNEY M. DAVIS (FFG 60).
**Staff Judge Advocate's Recommendation:** LT Philip Rohlfing, JAGC, USN.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court